In the Matter of INJAH TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 20, 2010; decided February 22, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of INJAH TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 20, 2010; decided February 22, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of INJAH TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 20, 2010; decided February 22, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

TRIBECA LENDING CORP., Respondent, v LINDA CRAWFORD, Appellant, et al., Defendants.

Submitted January 24, 2011; decided February 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.